In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-079 CV


____________________



CITY OF DAYTON, TEXAS AND DAYTON COMMUNITY


DEVELOPMENT CORP., Appellants



V.



SUE PRIDDY, Appellee






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. CV 70425






MEMORANDUM OPINION


 The appellants, City of Dayton, Texas and Dayton Community Development Corp.,
and the appellee, Sue Priddy, filed a joint motion to dismiss this appeal. The parties allege
they have resolved the dispute and agreed to dismiss this accelerated interlocutory appeal. 
The Court finds that the motion is voluntarily made by the parties through their attorneys of
record prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). 


 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 


 ___________________________

 CHARLES KREGER

 Justice



Opinion Delivered November 30, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.